UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.: **16-31136**

ORIOLO, GARY     Chapter: **7**

Judge: **MBK**

## NOTICE OF PROPOSED ABANDONMENT

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st Floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __01/09/17__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
> 816 Berkley Ave.
> Beachwood, NJ
> Value: $227,440.00

> Liens on property:
> Bank of America - $577,000.00

> Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                               Case No. 16-31136-MBK
Gary M. Oriolo                                                       Chapter 7
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Dec 07, 2016
                              Form ID: pdf905             Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
db            +Gary M. Oriolo,    PO Box 3,    Beachwood, NJ 08722-0003
cr            +First Financial Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
                229 Broad Street,    Red Bank, NJ 07701-2009
cr            +Vincent Sessa,    c/o Gorski & Knowlton,    311 White Horse Ave,    STE A,
                Hamilton, NJ 08610-1430
516482952     +AT & T Mobility,    1025 Lenox Park Road,    Atlanta, GA 30319-5309
516482948      Advanced Open MRI & Diag Imaging,    6416 Bergenline Avenue,    West New York, NJ 07093-1621
516482950      Ahsan Zafar,    751 Route 37 W,    Toms River, NJ 08755-5032
516482951     +Allan Gorsky, Esq.,    Gorsky & Knowlton, PC,    311 Whitehorse Avenue,    Suite A,
                Hamilton, NJ 08610-1430
516482953      Atlantic Advisors, Inc.,    1304 Brielle Avenue,    Unit 2,    Ocean, NJ 07712-3902
516482958      BCA Financial Services, Inc.,    on behalf of Community Medical Center,
                18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
516482954      Bank of America Home Loans,    P.O. Box 31785,    Tampa, FL 33631-3785
516482957     +Barnabus Health,    Community Medical Center,    P O Box 9800,    Coral Springs, FL 33075-0800
516482959     +Borough of Beachwood Tax Collector,    1600 Pinewood Road,    Beachwood, NJ 08722-3007
516482960     +Borough of Beachwood Water Department,    1600 Pinewald Road,    Beachwood, NJ 08722-3007
516482961     +Brielle Orthopedics PA,    457 Jack Martin Blvd,    Brick, NJ 08724-7776
516482962     +Bureau Of Accounts Con,    PO Box 538,    Howell, NJ 07731-0538
516482966     ++COMCAST,    676 ISLAND POND RD,    MANCHESTER NH 03109-4840
                (address filed with court: COMCAST,      PO Box 196,    Newark, NJ 07101-0069)
516482963     +Calling All Creatures Veterinary Hospita,    246 Washington Street,    Toms River, NJ 08753-7565
516482967      Community Emergency Medical Associates,    PO Box 6081,    Parsippany, NJ 07054-7081
516482969     +Credit Acceptance,    P.O. Box513,    Southfield, MI 48037-0513
516482972     +Diversified Adjustment Service, Inc.,    PO Box 32145,    Fridley, MN 55432-0145
516482973      Edison Imaging Associates,    PO Box 3263,    Indianapolis, IN 46206-3263
516482974     +Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
516482976      Gastroenterologists of Ocean County, PA,    477 Lakehurst Road,    Office Suite,
                Toms River, NJ 08755-6342
516482977     +JCP & L,    P.O. Box 3687,    Akron, OH 44309-3687
516482978     +JPM Chase,    PO Box 24696,    Columbus, OH 43224-0696
516482980     +KML Law Group,    701 Market Street,    #5000,    Philadelphia, PA 19106-1541
516482979     #Keystone Financial Services,    P.O. Box 730,    Allenwood, NJ 08720-0730
516482982     +Marcus & Zelman,LLC,    1500 Allaire Avenue,    Suite 101,    Ocean Township, NJ 07712-7603
516482984     +Margaret Oriolo,    6115 Granton Avenue,    North Bergen, NJ 07047-3344
516482983     +Margaret Oriolo,    6115 Granton Avenue,    Apt. 4 M,    North Bergen, NJ 07047-3327
516482986      Medical Radiology Group, PA,    PO Box 11268,    Lancaster, PA 17605-1268
516482988     +Midland Funding LLC,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
516482990     +Municipal Court of Beachwood,    1600 Pinewald Road,    Beachwood, NJ 08722-3007
516482992      NJ Natural Gas,    1415 Wyckoff Road,    Wall, NJ 07719
516482995     +PFS Group,    2600 North Loop W,    Suite 150,    Houston, TX 77092-8916
516482994     +Performance Portfolio Management,Inc.,    775 Park Avenue,    Suite 118,
                Huntington, NY 11743-7506
516482996     +Phillips & Cohen Associates,LTD,    1002 Justison Street,    Wilmington, DE 19801-5148
516482997      Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516482993      Retro Fitness,    33 Atlantic City Blvd.,    Bayville, NJ 08721
516483000      Toms River X-ray,    154 HWY 37 West,    Toms River, NJ 08755-8059
516483001     +Township of Toms River,    P.O. Box 868,    Voorhees, NJ 08043-0868
516483003     +Trojan Professional Services,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
516483004     +U-Haul Moving & Storage at Route 37,    68 Route 37 E,    Toms River, NJ 08753-6698
516483005     +University Urology Associates,    1374 Whitehorse Hamilton Square Road,    STE 101,
                Hamilton, NJ 08690-3701
516483006      Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
516483007     +Vicking Collection,    PO Box 17221,    Bound Brook, NJ 08805
516483008     +Vincent Sessa,    195 Lehigh Avenue , Suite 1,    Lakewood, NJ 08701-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2016 22:58:21      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2016 22:58:17      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516482949      E-mail/Text: EBNProcessing@afni.com Dec 07 2016 22:58:25      AFNI, Inc.,    PO Box 3517,
                Bloomington, IL 61702-3517
516482955     +E-mail/Text: ebn@barnabashealth.org Dec 07 2016 22:58:42      Barnabas Health,    P.O. Box 903,
                Oceanport, NJ 07757-0903
516482956     +E-mail/Text: ebn@barnabashealth.org Dec 07 2016 22:58:42      Barnabus Health,    PO Box 903,
                Oceanport, NJ 07757-0903
516482964     +E-mail/Text: bankruptcy@usecapital.com Dec 07 2016 22:59:27      Capital Accounts,
                P.O Box 140065,    Nashville, TN 37214-0065
516482965     +E-mail/Text: compliance@chaserec.com Dec 07 2016 22:59:19      Chase Receivables,
                1247 Broadway,    Sonoma, CA 95476-7503
516482968     +E-mail/Text: ebn@barnabashealth.org Dec 07 2016 22:58:42      Community Medical Center,
                99 Route 37 West,    Toms River, NJ 08755-6423
```

```
District/off: 0312-3           User: admin             Page 2 of 2                   Date Rcvd: Dec 07, 2016
                               Form ID: pdf905         Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516482970       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 07 2016 22:59:17      Credit Collection Services,   Two Wells Avenue,   Newton Center, MA 02459-3246
516482971       +E-mail/Text: creditonebknotifications@resurgent.com Dec 07 2016 22:57:30      Credit One Bank,
                 P.O. Box 98875,   Las Vegas, NV 89193-8875
516482975       +E-mail/Text: nculp@firstffcu.com Dec 07 2016 22:59:17      First Financial Federal Credit Union,
                 PO Box 1172,   Toms River, NJ 08754-1172
516482981       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2016 22:56:26      LVNV Funding, LLC,
                 P.O. Box 740281,   Houston, TX 77274-0281
516482985       +E-mail/Text: danielle@redbanklaw.com Dec 07 2016 22:57:27      McKenna Dupont Higgins & Stone,
                 229 Broad Street,   Red Bank, NJ 07701-2009
516482987       +E-mail/Text: bkr@cardworks.com Dec 07 2016 22:57:24      Merrick Bank,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
516482989        E-mail/Text: kmorgan@morganlaw.com Dec 07 2016 22:59:11      Morgan ,Bornstein & Morgan,
                 1236 Brace Road, Suite K,   Cherry Hill, NJ 08034-3269
516482991       +E-mail/PDF: bankruptcy@ncfsi.com Dec 07 2016 22:56:25      New Century Financial,
                 110 S Jefferson Road,   Suite 104,   Whippany, NJ 07981-1038
516482998       +E-mail/Text: bkrpt@retrievalmasters.com Dec 07 2016 22:58:16      Retrieval Masters Creditors,
                 4 Westchester Plaza,   Suite 110,   Elmsford, NY 10523-1616
516482999        E-mail/Text: bankruptcy@sw-credit.com Dec 07 2016 22:58:22      Southwest Credit,
                 4120 International Pkwy, Suite 1100,   Carrollton, TX 75007-1958
516483002       +E-mail/Text: bankruptcydepartment@tsico.com Dec 07 2016 22:59:10      Transworld Systems Inc.,
                 507 Prudential Road,   Horsham, PA 19044-2308
516483009        E-mail/Text: collect@williamsalexander.com Dec 07 2016 22:58:04
                 Williams, Alexander & associates,   P O Box 2148,   Wayne, NJ 07474-2148
                                                                                              TOTAL: 20

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2016 at the address(es) listed below:
              Allen I Gorski    on behalf of Creditor Vincent   Sessa agorski@gorskiknowlton.com
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,  BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., FKA
               The Bank of New York Trust Company, N.A., as Trustee for Residential Asset Mortgage Products,
               Inc., Mortgage Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph Casello    on behalf of Debtor Gary M. Oriolo jcasello@cvclaw.net,  jcasello627@gmail.com
              Michael R. DuPont    on behalf of Creditor   First Financial Federal Credit Union
               dupont@redbanklaw.com,  dana@redbanklaw.com
                                                                                              TOTAL: 6
```