**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
The Bank of New York Mellon Trust Company, N.A.,
FKA The Bank of New York Trust Company, N.A.

In Re:

Gary M. Oriolo

    DEBTOR,

Order Filed on January 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: <u>16-31136 MBK</u>

Hearing Date: January 9, 2017

Judge: Michael B. Kaplan

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 11, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of <u>The Bank of New York Mellon Trust Company, N.A., FKA The Bank of New York Trust Company, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RP4</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■    Real Property More Fully Described as:

    **Land and premises commonly known as 816 Berkeley Avenue, Beachwood NJ 08722**

- ☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Gary M. Oriolo  
    Debtor

Case No. 16-31136-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 11, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.  
db           +Gary M. Oriolo,    PO Box 3,    Beachwood, NJ 08722-0003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2017 at the address(es) listed below:  
           Allen I Gorski    on behalf of Creditor Vincent   Sessa agorski@gorskiknowlton.com  
           Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,  
           BSharer@SharerPBS.com;nj83@ecfcbis.com  
           Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com  
           Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR  
           IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA  
           NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
           Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., FKA  
           The Bank of New York Trust Company, N.A., as Trustee for Residential Asset Mortgage Products,  
           Inc., Mortgage Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
           Joseph Casello    on behalf of Debtor Gary M. Oriolo jcasello@cvclaw.net,    jcasello627@gmail.com  
           Michael R. DuPont    on behalf of Creditor    First Financial Federal Credit Union  
           dupont@redbanklaw.com,   dana@redbanklaw.com  
                                                                                                                                                     TOTAL: 7